# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAID ELMAJZOUB,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents.

No. 72677

**FILED**

APR 26 2017

## ORDER DENYING PETITION

This is a pro se petition for a writ of prohibition seeking an order barring the district court from empanelling a second jury for a penalty hearing. Having considered the petition and supporting documents, and without deciding upon the merits of any claims raised therein, we conclude that extraordinary relief is not warranted. *See* NRS 34.320; NRS 34.330. We note that petitioner is represented by counsel in the proceedings below and should proceed by and through his counsel. Further, petitioner should present his double jeopardy argument in the district court in the first instance. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Richard Scotti, District Judge
Said Elmajzoub
Mace Yampolsky, Esq.
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-13930